IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CAPITAL CASE

**JACK HAROLD JONES**                                                                 **PLAINTIFF**

v.                          Case No. 5:17-cv-00111 KGB

**WENDY KELLEY,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

In accordance with the Order entered on this date, the Court dismisses this action with prejudice.

So adjudged this 21st day of July, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge